UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ENRIQUE FIGUEROA,

                Defendant.

**ORDER**

21 Cr. 708 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a hearing on the Defendant's bail application at the conference scheduled for February 28, 2022, at 2:00 p.m. The Defendant's submission in support of his application will be filed by **February 24, 2022, at 12:00 p.m.** The Government will submit its opposition by **February 25, 2022, at 12:00 p.m.**

Dated: New York, New York
       February 23, 2022

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge