UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ENRIQUE FIGUEROA,<br><br>                            Defendant. | **ORDER**<br><br>21 Cr. 708 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    For the reasons stated today in open court, the Defendant will be detained pending trial.

Dated: New York, New York
        March 3, 2022

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge