UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ENRIQUE FIGUEROA,<br><br>                       Defendant. | **ORDER**<br><br>21 Cr. 708 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The conference previously scheduled for April 12, 2022, is adjourned to **May 17, 2022, at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Upon the application of the United States of America, by and through Assistant United States Attorney Alexander Li, and with the consent of the Defendant, by and through his counsel, Amy Gallicchio, it is further ordered that the time between April 12, 2022 and May 17, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to continue discussions regarding a potential pretrial resolution of this matter.

Dated: New York, New York
       April 11, 2022

                                              SO ORDERED.

                                              _____
                                              Paul G. Gardephe
                                              United States District Judge