UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ENRIQUE FIGUEROA,<br><br>      Defendant. | **ORDER**<br><br>21 Cr. 708 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The Court will conduct a conference in this matter to address Defendant's request for new counsel, (see Dkt. No. 27), on **May 10, 2022 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Government need not attend.

Dated: New York, New York
   May 4, 2022

               SO ORDERED.

               _____
               Paul G. Gardephe
               United States District Judge