UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ENRIQUE FIGUEROA,<br><br>                    Defendant. | **ORDER**<br><br>21 Cr. 708 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for May 10, 2022 will now take place at **12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 5, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge