# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 3, 2022

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Enrique Figueroa**, 21 Cr. 708 (PGG)

Dear Judge Gardephe:

I write at the behest of Enrique Figueroa to respectfully request that the Court relieve Federal Defenders of New York as counsel and appoint new counsel to represent him. Mr. Figueroa informs me that he mailed two letters addressed to Judge Cott on April 25, 2022, requesting same. In those letters, Mr. Figueroa claims, among other things, that he is dissatisfied with my representation, that he has lost faith and trust in me as his lawyer, and that I have a bias against him. Mr. Figueroa contends that there are irreconcilable differences and a conflict of interest between us. Given these claims, I join in Mr. Figueroa's application.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

**MEMO ENDORSED**:
As stated in open court today, Federal Defenders' application to withdraw as counsel for the Defendant is granted.

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge
Dated: May 10, 2022