UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ENRIQUE FIGUEROA,<br><br>Defendant. | **ORDER**<br><br>21 Cr. 708 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for June 27, 2022, is adjourned to **July 26, 2022, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Alexander Li, and with the consent of the Defendant, by and through his counsel, Matthew Kluger, Esq., it is further ordered that the time between June 27, 2022 and July 26, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide defense counsel additional time to review the voluminous discovery and allow the parties to continue discussions regarding a potential pretrial resolution of this matter.

Dated: New York, New York
       June 24, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge