UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ENRIQUE FIGUEROA,<br><br>Defendant. | **ORDER**<br><br>21 Cr. 708 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Due to the change-of-plea hearing scheduled for September 9, 2022 (Dkt. No. 42), the conference scheduled for September 7, 2022, is adjourned <u>sine die</u>.

Dated: New York, New York
September 6, 2022

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge