UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| ENRIQUE FIGUEROA, | (S1) 21 Cr. 708 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

        The Defendant's sentencing will take place on **November 4, 2022, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The Defendant's submission is due on **October 21, 2022**, and the Government's submission is due on **October 28, 2022**.

Dated:  New York, New York
          September 26, 2022

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge