UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ENRIQUE FIGUEROA,

                Defendant.

**ORDER**

21 Cr. 708 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      A conference will be held in this matter on **November 4, 2024, at 3:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 30, 2024

                                      SO ORDERED.

                                      Paul G. Gardephe
                                      United States District Judge