AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Case No. 21 CR 708-01 (PGG) |
| Enrique Figueroa | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay <u>Enrique Figueroa</u>, who is accused of an offense or violation based on the following document filed with the court:

_X_ Supervised Release Violation Petition

This offense is briefly described as follows: *The supervisee committed the New York State offenses of Assault in the Second Degree, Assault in the First Degree, Forcible Touching, and Sexual Abuse in the Third Degree.*

Date: September 25, 2024

*Issuing officer's signature*

City and state: New York, NY          Honorable Paul G. Gardephe, Sr. U.S. District Judge
                                      *Printed name and title*

### Return

This warrant was received on *(date)* 25SEP24, and the person was arrested on *(date)* 30OCT24 at *(city and state)* New York, NY.

Date: 30 OCT 2024

*Arresting officer's signature*

City and state: New York, NY          Deputy U.S. Marshal Colin Joyce
                                      *Printed name and title*