UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ENRIQUE FIGUEROA,

　　　　　　　　Defendant.

**ORDER**

21 Cr. 708 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

　　　　A conference scheduled for Tuesday, **May 6, 2025** will take place at **11:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:　New York, New York
　　　　May 5, 2025

SO ORDERED.

_(signature)_
_____
Paul G. Gardephe
United States District Judge