LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

August 12, 2025

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Enrique Figueroa; 21 Cr. 708 (PGG)**

Dear Judge Gardephe:

    I represent Enrique Figueroa in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

    A status conference is scheduled for tomorrow, August 13, 2025, at 10 a.m. I write, without objection from the Government, to respectfully request an adjournment of the conference until next week. This request is made because of an unexpected scheduling conflict on my part. I have conferred with AUSA Alexander Li regarding scheduling. The parties are available next week on the following dates and times: August 19, 2025 (anytime until 3:30 p.m.); August 20, 2025 (10:15 a.m. to 1 p.m.) and August 22, 2025 (until 12 p.m.).

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.

**MEMO ENDORSED:** The application is granted. The conference is adjourned to **August 19, 2025, at 11:00 a.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: August 12, 2025