UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ENRIQUE FIGUEROA,

Defendant.

**ORDER**

21 Cr. 708 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

This Court will conduct a conference in this case on **October 16, 2025, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 19, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge