UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ENRIQUE FIGUEROA,

               Defendant.

**ORDER**

21 Cr. 708 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      This Court will conduct a conference in this case on **December 3, 2025, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 16, 2025

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge