UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ENRIQUE FIGUEROA,

Defendant.

**ORDER**

21 Cr. 708 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

This Court will conduct a conference in this case on **January 16, 2026, at 11:30 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      December 3, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge